# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAVIER DEJESUS, WILLIAM
DEJESUS, and PETER TORRES,

    Plaintiffs,

v.                                            Case No. 8:10-cv-462-T-30TBM

EMERALD COAST CONNECTIONS OF
ST. PETERSBURG, INC., DANIEL P.
SORONEN, and WILLIAM P. SORONEN,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Strike (Dkt. 28). Plaintiffs argue that certain filings by Defendant Emerald Coast Connections of St. Petersburg, Inc. ("Emerald Coast") should be stricken because the filings were made through its president and co-Defendant, William P. Soronen ("Soronen"), and Soronen is not licensed in Florida and has not obtained special admission to practice under Local Rules 2.01 and 2.02.

Upon consideration of Plaintiffs' Motion, the Court concludes that it should be granted in part and denied in part. The Court will provide Emerald Coast fourteen (14) days from the date of this Order to obtain licensed counsel as required by this Court's Local Rules. If Emerald Coast does not obtain licensed counsel by that time, Emerald Coast's Answer

(Dkt. 10), Motion for Summary Judgment (Dkt. 12), and Amended Answer (Dkt. 23) will be stricken.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion to Strike (Dkt. 28) is hereby GRANTED IN PART AND DENIED IN PART.

2. Emerald Coast shall file a Notice of Compliance within fourteen (14) days from the date of this Order indicating that it has obtained licensed counsel as required by this Court's Local Rules.

3. If Emerald Coast does not obtain licensed counsel by that time, Emerald Coast's Answer (Dkt. 10), Motion for Summary Judgment (Dkt. 12), and Amended Answer (Dkt. 23) will be stricken.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-462.mtstrike.frm